## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **LYZIA A. BROWN,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,**<br><br>    **Defendant.** | **NO.:  CV 21-10-GF-BMM**<br><br><br><br>**ORDER** |

Plaintiff Lyzia A. Brown ("Brown"), by and through her attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting her Social Security appeal.  She requests $9,321.59 in fees.

Defendant Commissioner of Social Security ("Commissioner") does stipulate to Brown's application for fees in this amount.

Accordingly, **IT IS ORDERED** that Defendant shall pay $9,321.59 in fees under the Equal Access to Justice Act, 28 U.S.C. §2412.

**IT IS FURTHER ORDERED** that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the

1

Treasury Offset Program, (2) agrees to waive the requirements of the Anti-

Assignment Act, and (3) is provided a valid assignment of fees executed by

Plaintiff, the fees will be made payable to Plaintiff's attorney and mailed to

Plaintiff's attorney's office as follows:

> Seidlitz Law Office
> P.O. Box 1581
> Great Falls, MT 59403-1581

However, if there is a debt owned under the Treasury Offset Program, the

Commissioner cannot agree to waive the requirements of the Anti-Assignment Act,

and any remaining EAJA fees after offset will be paid by a check made out to

Plaintiff, but delivered to Plaintiff's attorney.

DATED this 21st day of June, 2022.


_____
Brian Morris, Chief District Judge
United States District Court